United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-00327-MJC
Kristen Lynn Hope  Chapter 13
John Edward Witcofsky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Feb 16, 2023     Form ID: 3180W     Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kristen Lynn Hope, John Edward Witcofsky, 100 Innsbruck Dr, Lehighton, PA 18235-9481 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5016192 | | ARM Lawyers, Attn: Brent J. Riegel, Esquire, 18 N 8th St, Stroudsburg, PA 18360-1718 |
| 5016863 | + | Carbon County Bureau of Collections, P.O. Box 14, Jim Thorpe, PA 18229-0014 |
| 5016211 | | HTA Machine Shop, 404 Bridge St, Weissport, PA 18235-2214 |
| 5016187 | | Hope Kristen Lynn, 100 Innsbruck Dr, Lehighton, PA 18235-9481 |
| 5016189 | | Law Office of Adam R Weaver Esq, 1407 Blakeslee Boulevard Dr E, Lehighton, PA 18235-9665 |
| 5016213 | | Lehigh Valley Health Network, PO Box 4067, Allentown, PA 18105-4067 |
| 5016212 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia, PA 19178-1733 |
| 5016215 | | Pnc Bank Credit Card, PO Box 5570, Cleveland, OH 44101-0570 |
| 5016230 | | Taylor North East Inc., 931 Hemlock Rd, Morgantown, PA 19543-9767 |
| 5022389 | + | Taylor Northeast, Jeff Fried, H&K Equipment, 4200 Casteel Dr, Coraopolis PA 15108-9725 |
| 5016236 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50306 |
| 5016238 | | William Holand, Dentist, 432 S 9th St, Lehighton, PA 18235-1812 |
| 5016188 | | Witcofsky John Edward, 100 Innsbruck Dr, Lehighton, PA 18235-9481 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 18:41:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5016190 | Email/PDF: bncnotices@becket-lee.com | Feb 16 2023 18:46:46 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 5016191 | EDI: CITICORP.COM | Feb 16 2023 23:44:00 | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5016193 | EDI: BANKAMER.COM | Feb 16 2023 23:44:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 5043820 | EDI: BANKAMER.COM | Feb 16 2023 23:44:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5016195 | EDI: BANKAMER.COM | Feb 16 2023 23:44:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 5016194 | EDI: BANKAMER.COM | Feb 16 2023 23:44:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5016196 | EDI: BANKAMER.COM | Feb 16 2023 23:44:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 5016198 | Email/Text: rwild@c2cresources.com | Feb 16 2023 18:41:00 | C2C Resources, LLC, 56 Perimeter Ctr E Ste 100, Atlanta, GA 30346-2214 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5016199 | EDI: CAPITALONE.COM | Feb 16 2023 23:44:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5017123 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 18:41:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 5016217 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 18:41:00 | Rbs Citizens Cc, 1 Citizens Dr MSC ROP, Riverside, RI 02915 |
| 5016200 | EDI: CAPITALONE.COM | Feb 16 2023 23:44:00 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5016204 | EDI: CITICORP.COM | Feb 16 2023 23:44:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5016205 | EDI: CITICORP.COM | Feb 16 2023 23:44:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5016206 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 18:41:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 5016207 | EDI: WFNNB.COM | Feb 16 2023 23:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5016208 | EDI: WFNNB.COM | Feb 16 2023 23:44:00 | Comenitybk/victoriasec, PO Box 182789, Columbus, OH 43218-2789 |
| 5030320 + | EDI: CITICORP.COM | Feb 16 2023 23:44:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 5154031 | EDI: Q3G.COM | Feb 16 2023 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5025895 + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Feb 16 2023 18:41:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 5016209 | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 16 2023 18:41:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 5016210 + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 16 2023 18:41:00 | Fifth Third Bank, Attn: Bankruptch Department, 1830 E Paris Ave SE, Grand Rapids, MI 49546-8803 |
| 5016202 | EDI: JPMORGANCHASE | Feb 16 2023 23:44:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5016203 | EDI: JPMORGANCHASE | Feb 16 2023 23:44:00 | Chase Card Services, Attn: Correspondence, PO Box 15278, Wilmington, DE 19850-5278 |
| 5044028 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2023 18:46:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5038226 + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 18:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5035213 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 18:41:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 5016214 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 18:41:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 5016216 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2023 18:41:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 5016901 + | EDI: RECOVERYCORP.COM | Feb 16 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5040375 | EDI: Q3G.COM | Feb 16 2023 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5043252 | EDI: Q3G.COM | Feb 16 2023 23:44:00 | Quantum3 Group LLC as agent for, Comenity |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5043259 | EDI: Q3G.COM | Feb 16 2023 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5016218 | Email/Text: bkdepartment@rtresolutions.com | Feb 16 2023 18:41:00 | Real Time Resolutions, Attn: Bankruptcy, PO Box 36655, Dallas, TX 75235-1655 |
| 5016219 | Email/Text: DeftBkr@santander.us | Feb 16 2023 18:41:00 | Santander Bank NA, PO Box 12646, Reading, PA 19612-2646 |
| 5016220 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 5016224 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 5016221 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5016222 + | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 5016223 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 5043837 + | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5016225 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5016226 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5016227 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5016228 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5016229 | EDI: RMSC.COM | Feb 16 2023 23:44:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5016231 | Email/Text: bankruptcydepartment@tsico.com | Feb 16 2023 18:41:00 | Transworld Systems Inc., PO Box 17221, Wilmington, DE 19850-7221 |
| 5035608 | EDI: USBANKARS.COM | Feb 16 2023 23:44:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5029927 | EDI: USBANKARS.COM | Feb 16 2023 23:44:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 5016232 | EDI: USBANKARS.COM | Feb 16 2023 23:44:00 | US Bank, 4325 17th Ave S, Fargo, ND 58125-6200 |
| 5016234 | EDI: USBANKARS.COM | Feb 16 2023 23:44:00 | US Bank, Bankruptcy Department, PO Box 5229, Cincinnati, OH 45201-5229 |
| 5016233 | EDI: USBANKARS.COM | Feb 16 2023 23:44:00 | US Bank, PO Box 5227, Cincinnati, OH 45201-5227 |
| 5016235 | EDI: USBANKARS.COM | Feb 16 2023 23:44:00 | US Bank/Rms Cc, Card Member Services, PO Box 108, Saint Louis, MO 63166-0108 |
| 5016237 | EDI: WFFC2 | Feb 16 2023 23:44:00 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 5036464 | EDI: WFFC2 | Feb 16 2023 23:44:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Feb 16, 2023 | Form ID: 3180W | Total Noticed: 71 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5016197 | ## | Broad Mountain Emerg PHYS,PLLC, PO Box 37956, Philadelphia, PA 19101-0556 |
| 5016201 | ## | Carbon County Adult Probation, PO Box 26, Jim Thorpe, PA 18229-0026 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC Bank N.A. amps@manleydeas.com |
| Adam R Weaver | on behalf of Debtor 2 John Edward Witcofsky AttyWeaver@icloud.com |
| Adam R Weaver | on behalf of Debtor 1 Kristen Lynn Hope AttyWeaver@icloud.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kristen Lynn Hope<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–4924<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | John Edward Witcofsky<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–8815<br>EIN: 81–2328675 |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-00327-MJC | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kristen Lynn Hope

John Edward Witcofsky
dba The Experts

**By the court:**

2/16/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**