United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00327-MJC |
| Kristen Lynn Hope | Chapter 13 |
| John Edward Witcofsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 27, 2023 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Kristen Lynn Hope, John Edward Witcofsky, 100 Innsbruck Dr, Lehighton, PA 18235-9481 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 29, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC Bank N.A. amps@manleydeas.com |
| Adam R Weaver | on behalf of Debtor 2 John Edward Witcofsky AttyWeaver@icloud.com |
| Adam R Weaver | on behalf of Debtor 1 Kristen Lynn Hope AttyWeaver@icloud.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kristen Lynn Hope,<br>**Debtor 1**<br>John Edward Witcofsky,<br>dba The Experts,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:18−bk−00327−MJC |

Social Security No.:
    xxx−xx−4924    xxx−xx−8815

Employer's Tax I.D. No.:
    81−2328675

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 27, 2023

**fnldec** (01/22)